RECEIVED
By USBC Portland at 3:25 pm, 02/05/2026

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MAINE

| | |
|---|---|
| In re: Lisa M. Morton, | Chapter 13 |
| Debtor. | Case No. 25-20031 |

STATEMENT OF ISSUES ON APPEAL

(Fed. R. Bankr. P. 8009(a)(1)(A))

Appellant Stephen Monaghan states the following issues to be presented on appeal:

1. Whether the Bankruptcy Court erred as a matter of law by treating Appellant's request for equitable control or suspension of distributions pending record proof of authority as a request for merits-level reconsideration or disallowance of a claim under 11 U.S.C. § 502(j).

2. Whether 11 U.S.C. § 502(j) permits the Bankruptcy Court, upon a showing of cause under 11 U.S.C. § 502(j), to exercise equitable authority to control or suspend distributions on a claim pending resolution of authority and entitlement on the record, without reopening claim allowance.

3. Whether denial of equitable control of distributions, where distributions would proceed before authority to receive distributions is established on the record, renders appellate review ineffective or equitably moot.

Dated: __2-5__, 2026

By: /s/ Stephen Monaghan
/s/ Stephen Monaghan, pro se
Creditor in Interest
c/o 15 Cottage Road, STE 2453
South Portland, ME 04106
Cell: 207 240 0031

Creditor in Interest
c/o 15 Cottage Road, STE 2453
South Portland, ME 04106
Cell: 207 240 0031

CERTIFICATE OF SERVICE

Chapter 13 Case No.: 25-20031
In re: Lisa M. Morton, Debtor

I certify that on ____2-5____, 2026, I served this:

1. STATEMENT OF ISSUES ON APPEAL (Fed. R. Bankr. P. 8009(a)(1)(A))

via USPS Mail to:

1. Reneau J. Longoria, Esq.
   Doonan, Graves & Longoria, LLC
   100 Cummings Center, Suite 303C
   Beverly, MA 01915;

2. J. Scott Logan, Esq.,
   PO Box 17797
   Portland, ME 04112

3. Andrew M. Dudley
   PO Box 429
   Brunswick, ME 04011-0429

By: /s/ Stephen Monaghan
/s/ Stephen Monaghan, pro se
Creditor in Interest
c/o 15 Cottage Road, STE 2453
South Portland, ME 04106